**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

N.K.H.F.,                          :
                                :
           Petitioner,             :
                                :
v.                                   :       Case No. 4:26-cv-502-CDL-ALS
                                :
Warden, STEWART DETENTION    :
CENTER, *et al.*,                :
                                :
           Respondents.        :
_____

**ORDER**

On March 29, 2026, Petitioner filed a counseled application for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 30th day of March, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE